**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA    95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**KATRINA NEILSEN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| KATRINA NEILSEN, | No.   2:18-CV-01168-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner, of SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 22, 2019.

This is a first extension, though after the initial due date, based on plaintiff's counsel having several other briefs due, and also opposing counsel being off work because of hand surgery.

[Pleading Title] - 1

Dated: January 23, 2019 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: January 23, 2019 */s/ per e-mail authorization*

BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to February 22, 2019.

SO ORDERED.

Dated: January 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE