**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**KATRINA NEILSEN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| KATRINA NEILSEN, | No.   2:18-CV-01168-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner, of SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 28, 2019.

   This is a second extension, of four additional business days, based on plaintiff's counsel having to complete three other briefs this week, the length of the record in this case, and counsel's unfamiliarity with that record.

[Pleading Title] - 1

Dated:   February 22, 2019                    /s/    *Jesse S. Kaplan*
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff


                                              McGREGOR SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Counsel, Region IX
                                              Social Security Administration


Dated:  February 22, 2019                      */s/ per e-mail authorization*

                                              BEN A. PORTER
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to February 28, 2019.

SO ORDERED.

Dated: February 25, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE