**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**KATRINA A. NEILSEN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **KATRINA A. NEILSEN,** | No.   2:18-CV-01168-AC |
| Plaintiff, | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a <u>reply brief</u> ~~motion for summary judgment~~ is extended to May 3, 2019.

This is a first extension. Plaintiff's counsel had and has four briefs due April 26 (a Friday) and April 29, 2019, (a Monday), will only file one, and filed an opening brief April 25.

Dated:   April 30, 2019                              /s/   *Jesse S. Kaplan*
                                                              JESSE S. KAPLAN
                                                              Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: April 30, 2019

 /s/ per e-mail authorization
BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

    For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to May 3, 2019.

    SO ORDERED.

Dated: May 2, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE